```
ZBS LAW, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
swade@zbslaw.com
(702) 948-8565; Fax (702) 446-9898
```
*Attorneys for Defendant/Counterclaimant, West Coast Servicing, Inc.*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY MOLYNEUX,<br><br>        Plaintiff,<br><br>    vs.<br><br>WEST COAST SERVICING, INC., a foreign corporation,<br><br>        Defendants. | Case No.:   2:19-cv-00366-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>ECF No. 20 |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff TIMOTHY MOLYNEUX (hereinafter "Plaintiff") and Defendant WEST COAST SERVICING, INC. (hereinafter "Defendant"), (collectively, the "Parties"), being the only parties now appearing in this action, by and through their respective counsel of record, hereby stipulate for dismissal with prejudice of the above-entitled action in its entirety.  Each party agrees to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this  17th   day of April, 2020          DATED this   17th     day of April, 2020

ZBS LAW, LLP                                                    GESUND & PAILET, LLC

*/s/ Shadd A. Wade, Esq.*                                    */s/Keren E. Gesund, Esq.*
Shadd A. Wade, Esq.                                          KEREN E. GESUND, ESQ.
Nevada Bar No. 11310                                         Nevada Bar No. 10881

| | |
|---|---|
| 9435 West Russell Road, Suite 120 | 5550 Painted Mirage Rd. |
| Las Vegas, NV 89148 | Suite 320 |
| swade@zbslaw.com | Las Vegas, NV 89149 |
| *Attorneys for Defendant/Counterclaimant, West Coast Servicing, Inc.* | *Attorney for Plaintiff Timothy Molyneux* |

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 20, 2020